

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>Eric Hoang<br>DEFENDANT(S). | CASE NUMBER<br>SA CR -11- 00094-MMH-1<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of ___Deft___ , IT IS ORDERED that a detention hearing
is set for ___Wednesday___ , ___9/21/11___ , at ___11:00___ ☒a.m. / ☐p.m. before the
Honorable ___RALPH Zarefsky___ , in Courtroom ___341___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___9/19/11___

_____
U.S. District Judge/Magistrate Judge